UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MAGISTRATE'S COURTROOM MINUTES**

UNITED STATES OF AMERICA         :   MAGISTRATE JUDGE:  Steven C. Mannion
                                 :
          v.                     :   MAGISTRATE NO.:  16mj6165-2
                                 :
HARSH PATEL                      :   DATE OF PROCEEDINGS:  10/27/2016
                                 :
                                 :   DATE OF ARREST:  10/27/2016
                                 :

PROCEEDINGS:  Rule 5 - Initial Appearance

( ✓ ) ~~COMPLAINT~~ INDICTMENT SDTX.
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL  /  FOR HIS PROCEEDINGS ONLY
( ✓ ) APPT. OF COUNSEL:  ✓ AFPD  __ CJA
( ✓ ) WAIVER OF HRG.: ID  ✓ ~~PRELIM~~  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
( ) FINANCIAL AFFIDAVIT EXECUTED
( ✓ ) OTHER  PENALTIES PLACED ON RECORD.

( ) TEMPORARY COMMITMENT
( ✓ ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____

( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.          DATE: _____
( ) DETENTION / BAIL HRG.               DATE: _____
( ) TRIAL:  __ COURT  __ JURY           DATE: _____
( ) SENTENCING                          DATE: _____
( ) OTHER: _____      DATE: _____

APPEARANCES:

AUSA  _____ VERONICA ALLENDE, ESQ. _____

DEFT. COUNSEL  _____ KEVIN CARLUCCI, ESQ. AFPD _____

PROBATION _____

INTERPRETER _____
          Language: (                    )

Time Commenced: _____
Time Terminated: _____
CD No: _____

_S. H. P. George_
DEPUTY CLERK