UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

    V.                             :       MAG. NO. 2:16mj6165-2

HARSH PATEL                    :       O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __27__ day of __October__, 2016,

ORDERED that _____KEVIN CARLUCCI, ESQ. AFPD_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause FOR PROCEEDINGS IN NEW JERSEY.

_____
Steven C. Mannion, U.S.M.J.