AO 94  (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

| for the | District of | New Jersey |
|---|---|---|

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

HARSH PATEL

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 16MJ6165-2 | 4:16cr385-39 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Other (specify)

charging a violation of     18     U.S.C. § 371

**DISTRICT OF OFFENSE**

SOUTHERN DISTRICT of TEXAS

**DESCRIPTION OF CHARGES:**

CONSPIRACY TO COMMIT WIRE FRAUD, MONEY LAUNDERING

**CURRENT BOND STATUS:**

☐ Bail fixed at                    and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☑ Other (specify)  CONSENT TO DETENTION PENDING APP FOR BAIL ON SHORT NOTICE

Representation:     ☐ Retained Own Counsel     ☑ Federal Defender Organization     ☐ CJA Attorney     ☐ None

Interpreter Required?     ☑ No     ☐ Yes     Language:

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 10/27/16 | |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |